IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KATELYN HANKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | File No. 3:19-CV-464 |
| W.H. BRAUM, INC. and ) | |
| RETAIL BUILDINGS, INC., ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF SETTLEMENT**

Plaintiff, KATELYN HANKS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to her case against Defendants, W.H. BRAUM, INC. and RETAIL BUILDINGS, INC.

Plaintiff and Defendants, W.H. BRAUM, INC. and RETAIL BUILDINGS, INC., are presently preparing a formal settlement agreement for signature and intend to file a Joint Stipulation to Approve Consent Decree and Dismissal of Defendants with Prejudice once the agreement is finalized. Plaintiff and Defendants request forty-five (45) days within which to file its dismissal documents.

Respectfully submitted this ___ day of September, 2019.

        Law Offices of
        THE SCHAPIRO LAW GROUP, P.L.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        *Attorney-in-Charge for Plaintiff*
        Northern District of Texas ID No. 54538FL
        The Schapiro Law Group, P.L.
        7301-A W. Palmetto Park Rd., #100A
        Boca Raton, FL 33433
        Tel: (561) 807-7388
        Email: schapiro@schapirolawgroup.com

        Law Offices of
        LIPPE & ASSOCIATES

        /s/  Emil Lippe, Jr.
        Emil Lippe, Jr., Esq.
        State Bar No. 12398300
        Lippe & Associates
        12222 Merit Drive, Suite 1200
        Dallas, TX 75251
        Tel: (214) 855-1850
        Fax: (214) 720-6074
        emil@texaslaw.com

        ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this ___ day of September, 2019.

        /s/  Douglas S. Schapiro
        Douglas S. Schapiro, Esq.
        *Attorney-in-Charge for Plaintiff*
        Northern District of Texas ID No. 54538FL