IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATELYN HANKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | File No.  3:19-CV-464 |
| W.H. BRAUM, INC. and | ) | |
| RETAIL BUILDINGS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, KATELYN HANKS ("Plaintiff") and Defendants, W.H. BRAUM, INC. and RETAIL BUILDINGS, INC. ("Defendants") by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of Defendants, W.H. BRAUM, INC. and RETAIL BUILDINGS, INC., with prejudice in the above-styled action.  Each party to bear their own fees and costs.

Respectfully submitted this 30th day of September, 2019.

    Law Offices of
    THE SCHAPIRO LAW GROUP, P.L.

    /s/  Douglas S. Schapiro
    Douglas S. Schapiro, Esq.
    *Attorney-in-Charge for Plaintiff*
    Northern District of Texas ID No. 54538FL
    The Schapiro Law Group, P.L.
    7301-A W. Palmetto Park Rd., #100A
    Boca Raton, FL 33433
    Tel: (561) 807-7388
    Email: schapiro@schapirolawgroup.com

        Law Offices of
        LIPPE & ASSOCIATES

        /s/  Emil Lippe, Jr.
        Emil Lippe, Jr., Esq.
        State Bar No. 12398300
        Lippe & Associates
        12222 Merit Drive, Suite 1200
        Dallas, TX 75251
        Tel: (214) 855-1850
        Fax: (214) 720-6074
        emil@texaslaw.com

        ATTORNEYS FOR PLAINTIFF


/s/ Jennifer Justice
Jennifer Justice, Esq.
*Attorney for Defendants*
State Bar No. 24089016
Clark Hill Strasburger
2600 Dallas Parkway, Suite 600
Fisco, TX  75034
Tel:  (469) 287-3900
Email:  Jennifer.Justice@ClarkHillStrasburger.com


/s/ Anna K. Olin
Anna K. Olin, Esq.
*Attorney for Defendants*
State Bar No. 24102947
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX  75202
Tel:  (214) 651-4300
Email:  anna.olin@clarkhillstrasburger.com


## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September, 2019, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

        <u>/s/  Douglas S. Schapiro</u>
        Douglas S. Schapiro, Esq.
        *Attorney-in-Charge for Plaintiff*
        Northern District of Texas ID No. 54538FL

.